IN CLERK... 
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 5 2009 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

LIDIA BETEGON                     CIVIL ACTION NO. 08-2905

VERSUS                            JUDGE MELANÇON

CITY OF NEW YORK

## JUDGMENT OF DISMISSAL

As the parties amicably resolved this matter at the on the record status conference conducted this date, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without costs.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce this settlement.

**THUS DONE AND SIGNED** this 5th day of August, 2009 at Brooklyn, New York.

_____
Tucker L. Melançon
United States District Judge